# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

David Gordon Oppenheimer

| | |
|---|---|
| *Plaintiff* </br> v. </br> Ridgeline Investment Partners, LLC and Highlander Hotel Two LLC </br></br></br></br> *Defendant* | ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:26-cv-00010

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Highlander Hotel Two, LLC
    Serve: Registered Agent
    Registered Agents Inc
    4030 Wake Forest Road, Ste 349
    Raleigh, NC 27609

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott Riddell
    SCOTT RIDDELL LAW, PLLC
    PO Box 383
    Fairview, NC 28730
    scott.riddell.law@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 01/12/2026

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____**, a person of suitable age and discretion who resides there, on** *(date)* _____**, and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____**, who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:** _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                                                               **Server's signature**

                                                                  _____
                                                                          **Printed name and title**

                                                                 _____
                                                                             **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

David Gordon Oppenheimer

    *Plaintiff*

v.

Ridgeline Investment Partners, LLC and Highlander Hotel Two LLC

    *Defendant*

Civil Action No. 1:26-cv-00010

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Ridgeline Investment Partners, LLC
Serve: Registered Agent
Boyer Legal PLLC
4805 Ridge Haven Court
Greensboro, NC 27410

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Scott Riddell
    SCOTT RIDDELL LAW, PLLC
    PO Box 383
    Fairview, NC 28730
    scott.riddell.law@gmail.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date: 01/12/2026

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                                         **Server's signature**

                                                                  _____
                                                                             **Printed name and title**

                                                                  _____
                                                                             **Server's address**

**Additional information regarding attempted service, etc:**